MORRIS BENDER, Respondent, *v.* FINK BAKING CORPORATION, Appellant, Impleaded with Another.

(Argued June 10, 1931; decided July 15, 1931.)

*James G. Purdy* and *John H. Brogan* for appellant.

*Edward G. Griffin, Moses Feltenstein* and *Samuel N. Leiterman* for respondent.

Judgment of the Appellate Division and that of the Trial Term reversed as to the defendant Fink Baking Corporation on the ground that the trial court erroneously instructed the jury, particularly in stating that to drive on the left-hand side of a one-way street may constitute negligence, and a new trial granted, with costs to abide the event; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.